UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STRETCH FIVE, LLC,

      Plaintiff,

v.                                                          Case No.8:18-cv-02610-MSS-TGW

STRETCH ZONE HOLDINGS LLC,

      Defendant.

## UNOPPOSED MOTION TO CHANGE PLAINTIFF PARTY NAME AND AMEND CASE CAPTION

      Plaintiff Stretch Five, LLC, by and through its undersigned counsel, files this unopposed motion to change the plaintiff party name and amend the case caption. In support of the motion, Stretch Five, LLC submits the following memorandum of law.

### MEMORANDUM OF LAW

      1.       On October 23, 2018, Stretch Five, LLC instituted this action by filing a complaint for injunctive relief and damages against Stretch Zone Holdings LLC ("Defendant").

      2.       On November 15, 2018, Defendant filed an unopposed motion for enlargement of time to respond to the complaint. Defendant's response to the complaint is due on December 4, 2018.

      3.       On October 31, 2018, Stretch Five, LLC changed its name to Motion Stretch, LLC. *See* **Exhibit A**.

      4.       Pursuant to Rule 10(a), Federal Rules of Civil Procedure, "[e]very pleading must have a caption with the court's name, a title, a file number, and a Rule 7(a) designation. The title

of the complaint must name all the parties."  The Plaintiff requests this Court enter an order changing the captioned name of Stretch Five, LLC to Motion Stretch, LLC, in order to properly reflect the parties to this action.

5. This Court has the authority to grant the relief requested.  *See Barber v. Am.'s Wholesale Lender*, 289 F.R.D. 364, 366 (M.D. Fla. 2013) ("District courts have unquestionable authority to control their own dockets.  This authority includes broad discretion in deciding how best to manage the cases before them.") (internal citations omitted).

WHEREFORE, Plaintiff, Stretch Five, LLC, requests this Court enter an order changing the captioned name of Stretch Five, LLC to Motion Stretch, LLC.

## **LOCAL RULE 3.01(g) CERTIFICATION**

I certify that Plaintiff's counsel has conferred with Defendant's counsel pursuant to Local Rule 3.01(g).  Defendant does not oppose the relief sought herein.

Respectfully submitted this 27th day of November, 2018.

>QUARLES & BRADY LLP
>
>/s/ Kelli A. Edson
>Kelli A. Edson
>Florida Bar No. 179078
>101 East Kennedy Boulevard
>Suite 3400
>Tampa, FL 33602
>Phone:  (813) 387-0300
>Fax:  (813) 387-1800
>kelli.edson@quarles.com
>lynda.dekeyser@quarles.com
>DocketFL@quarles.com
>
>*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of November, 2018, the foregoing was filed electronically with the Clerk of the United States District Court for the Middle District of Florida with the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Kelli A. Edson
Attorney

QB\54972987.1